Gabriel M. Ramsey (SBN. 209218)
Christopher Cadena (SBN. 284834)
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, California 94111
Telephone: 415.986.2800
E-Mail: gramsey@crowell.com
ccadena@crowell.com

Attorneys for Plaintiff MJ Freeway LLC

**IT IS SO ORDERED**
/s/ Judge Yvonne Gonzalez Rogers
10/1/18

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| MJ FREEWAY LLC, a Colorado limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE,<br><br>Defendant. | Case No. 4:18-cv-01828-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT JOHN DOE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff MJ Freeway LLC, by and through its counsel, voluntarily dismisses without prejudice its claims against Defendant John Doe in the above-captioned action. Defendant has not served an answer or motion for summary judgment in the action. As all defendants in this matter have been dismissed, the action may be dismissed without prejudice.

Dated: September 26, 2018

CROWELL & MORING LLP

By: _/s/ Gabriel M. Ramsey_
Gabriel M. Ramsey
Christopher Cadena
Attorneys for Plaintiff
MJ Freeway LLC